THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEONARD ABEYTA and ANDREA HUEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON GASTROENTEROLOGY, PLLC,<br><br>Defendant. | No. 3:25-cv-05756-JNW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>**NOTE ON MOTION CALENDAR:**<br>November 24, 2025 |

## **ORDER**

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Motion for Extension of Time for Defendant to File Responsive Pleading, now, therefore,

**IT IS HEREBY ORDERED** that Defendant's responsive pleading deadline is extended by two weeks, to Monday November 24, 2025.

DATED this 25th day of November, 2025.

_____
The Honorable Jamal N. Whitehead

---

ORDER GRANTING DEFENDANT'S MOTION FOR AN
EXTENSION TO FILE RESPONSIVE PLEADING - 1
(Case No. 3:25-cv-05756-JNW)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  Presented by:

2  JACKSON LEWIS P.C.

3

4  */s/ Peter V. Montine*
   Peter V. Montine, WSBA #49815
5  Telephone (206) 626-6414
   Peter.Montine@jacksonlewis.com
6  520 Pike Street, Suite 2300
   Seattle, WA 98101
7
   Counsel for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S MOTION FOR AN
EXTENSION TO FILE RESPONSIVE PLEADING - 2
(Case No. 3:25-cv-05756-JNW)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404